UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JUSTIN HARRISON** )<br>    **CREDITOR,** )<br>  )<br>**VS.** )<br>  )<br>**COURTNEY PREWITT** )<br>    **DEBTOR,** ) | **CASE NO.: <u>DV16-904240</u>** |

## <u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY</u>

Creditor moves the Court for relief from the automatic stay, and for grounds of said motion, sets down and assigns:

1. Debtor is behind in her rent for the premises located at 137 Carol Drive, Birmingham, Jefferson County, AL 35215. She entered into a lease for the premises on the 1st day of March, 2016.
2. Debtor was served with a 7 Day Termination/Demand to Cure Notice on the 2nd day of September, 2016.
3. Debtor's rent is $800.00 per month with a $80.00 late fee after the 5th of the month.
4. Debtor is behind in her rent and late charges in the amount of $4,530.00 to October 1, 2016, together with a notice fee, special process server fee, and court cost fees in the amount of $316.49, for a total of $4,846.49
5. Debtors lease expires February 28, 2017.
6. To remain in the property and giving adequate assurance to landlord Debtor would need to pay in addition to her monthly rent the sum of $905.00 per month.
7. According to Debtor's schedules she does not have the income to pay these amounts.

Wherefore, the Petitioner moves this Court to lift the automatic stay and allow the Petitioner herein to proceed in State Court to recover possession of said property and file a claim in the proceeding for the arrearage accumulated to the date of such vacation, and further that this Court will award this Petitioner the additional sum of $300.00, which sum consists of the attorney's fees incurred in bringing this Motion before the Court.

Respectfully submitted,

_____
Henry Taliaferro
Attorney for Plaintiff/Creditor
Attorney at Law
410 19th Street, Ensley
Birmingham, AL 35218
(205)785-9600

Case 14-04490-TOM13    Doc 71    Filed 09/21/16    Entered 09/21/16 14:25:34    Desc Main
Document      Page 1 of 2

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing Motion For Relief From The Automatic Stay upon Debtor, Ms. Courtney Prewitt, 137 Carol Drive, Birmingham, AL 35209, Val Early, Bankruptcy Administrator, %U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, AL 35203, and C. David Cottingham,, Acting Chapter 13 Standing Trustee, P. O. Box 10848, Birmingham, Alabama 35202, by placing same in the United States Mails, postage prepaid, this the ___21 5t___ day of September, 2016.

_/s/ Henry Taliaferro_
**Henry Taliaferro**
**Attorney for Plaintiff/Creditor**
**Attorney at Law**
**410 19th Street, Ensley**
**Birmingham, AL 35218**
**(205)785-9600**