IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**COURTNEY PREWITT**, )
    Debtor(s). )
) Bankruptcy Case No.: **14-4490 TOM 13**
**JUSTIN HARRISON**, )
    Movant, )
)
_____ )
Name of Creditor or Claimant, if Different from Movant )

## FACT SUMMARY FOR MOTION FOR RELIEF
## FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES

Date and Type of Loan/Credit Transaction: _____ and _____

Type of Collateral: _____

Purchase Price: _____    Monthly Payment: _____

Amount Financed: _____    APR or Interest Rate: _____

Term of Loan: _____ months or _____ years

Payoff Amount: _____ as of _____ (Date)

Value of Collateral and Basis: _____ (Value) as of _____ (Date) and _____ (Basis)

Delinquent Pre-Petition Payments:
What Month(s)? _____
Amount: _____
Claim Filed? ____ Yes or ____ No
Date Claim Filed: _____

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: **NONE**

Delinquent Post-Petition Payments:
What Month(s)? **PART OF APRIL, ALL OF MAY, JUNE, JULY, AUGUST, AND SEPTEMBER 2016**
Amount: **$4,530.00**
Claim Filed? ____ Yes or **X** No
Date Claim Filed: _____

Number of Post-Petition Payments Received (Not How Applied): _____
Number of Post-Petition Payment(s) Held by Creditor, but Not Applied to Debt: _____
Number of Post-Petition Payment(s) Returned By Creditor to Debtor: _____

If Lease, Lease Expiration Date: ~~FEBRUARY 28, 2017~~
If Terminated, Lease Termination Date: ~~SEPTEMBER 10,~~ 2016

Insurer of Collateral: _____
Term of Insurance: _____ (Expiration Date)

Prior Stay Order(s) Involving Movant Including Current Case: ____ Yes or **X** No
If yes, give case number(s) and date(s) of order(s):
Case No.: _____ Date: _____
Case No.: _____ Date: _____
Case No.: _____ Date: _____

Debtor's Statement of Intention: **POST CONFIRMATION DEBT**

Date: **9-22-16**      Submitted By: _/s/ Henry_ _____
                                                           (Signature)